Dismissed and Memorandum Opinion filed February 11, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00818-CR

____________

 

ANDREW MEDINA, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 182nd District Court

Harris County, Texas

Trial Court Cause No. 1223670

 



 

MEMORANDUM
OPINION

Appellant was convicted of possession with intent to deliver
a controlled substance on September 18, 2009.  On September 30, 2009 he filed a
motion for new trial, which was granted on November 24, 2009.  

Generally, an appellate court only has jurisdiction to
consider an appeal by a criminal defendant where there has been a final
judgment of conviction.  Workman v. State, 170 Tex. Crim. 621, 343
S.W.2d 446, 447 (1961); McKown v. State, 915 S.W.2d 160, 161  (Tex. App.—Fort
Worth 1996, no pet.).  Because the trial court granted appellant’s motion for
new trial, there is no final conviction from which to appeal.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

 

Panel consists of Justices
Yates, Seymore, and Brown. 

Do Not Publish C Tex. R. App. P.
47.2(b).